Xavier Flores
3600 Aolele Street
Honolulu, HI, 96820
Tele #: (407) 307 9132

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 24 2016

at ___ o'clock and 40 min. ___ M
SUE BEITIA, CLERK

In the United States District Court
For the District of Hawaii

Xavier Flores
Vs
1- Hillary Diane Rodham Clinton
2- United States of America

Civil No. CV16 00573 DKW KJM

Complaint; Demand for jury trial; Motion for Service by the U.S. Marshal; Motion for restraining order; Motion for a lawyer; Motion to seal due to Classified: Top Secret and U.S. National Security matter; Motion to prepare to recieve, store, safeguard disclosure of Classified: Top Secret information.; Motion for a protective order to Xavier Flores. Motion to waive my rights to a speedy trial; Exhibit: AA, A, B, C, D, E, F, G, H, I, J, K, L, M, N, O

Xavier Flores — All Rights Reserve

# Complaint

1) Plaintiff, Xavier Flores files its complaint against Hillary Diane Rodham Clinton who at the time was Sectary of State for the United States of America because of misuse of my intellectual property against all "Good Faith" terms.

2) The second defendant is the United States of America they are task by laws and resources to protect me from any lost or damages.

## Jurisdiction

1) This Court has subject-matter jurisdiction over this lawsuit under the U.S. Constitution - Article 1, Section 8, clause 8, of the United States Constitution grants the power "To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writing and discoveries." This clause/law is the source of Congress power to enact legislation governing copyright and patents, it is often referred to as the "Patent and Copyright Clause."

2) U.S. Copyright Act laws.

3) The law of intellectual property is commonly understood as providing an incentive to authors and iventors to produce works for the benefit of the public by regulating the public's use of such work in order to ensure that authors and inventors are compensated for their efforts. Hence, U.S. Constitution - Article I, Section 8, clause 8.

## Parties

4. Plaintiff, Xavier Flores who is a Hawaii resident

5. Defendant, Hillary Diane Rodham Clinton who was the U.S. Secretary of State

6. Defendant, the United States of America who should have access to my records as per my security measures as stated in my Tentative Work Agreement established around 2009-2010

## Background

During the tenure of U.S. Secretary of State Hillary Diane Rodham Clinton, I was mainly involved with the Obama Administration - decision maker, advisor, mentor, etc. During this time, on various occasion due to U.S. interest, under the law, I acted as "Acting U.S. President", especially when the elected U.S. President left the jurisdiction of the United States of America. This position was obtained first as a Vice-President of the United States via the EEO office of the New York City Fire department located in 9 MetroTech, Brooklyn, NY, 11102. At this office, I submitted a letter notifying the office that I was exercising my rights under the ADA of 1990 Employment to the position of Vice-President of the United States of America. Shortly thereafter submitting the letter. The EEO commissioner at the time announced that I qualified. My vitals signs were taken by EMS and I was transferred to Bellevue Hospital for physiological evaluation. Another person at FDNY Headquarters

announced "Alert the U.S. President". The rest is "history!"

At this time, I began to be involved in much of the issues at the time. During which the economy was and will always be a Hot topic. I never expected any compensation however I did know the importance of "protecting oneself/interes". At the time I knew and understood the context and language of I.P. - Intellectual Property. I began to learn, discharge, and exercise much of the powers of a U.S. President over issues, situation, and others, which led me to write what became to be know as my "Tentative Work Agreement". This agreement in its entirely protects my properties, my freedom to exist - life, liberty, and pursuit of happiness; and most important the interest of the United States of American. For example, COG - Continuity of Government and having a ~~qualified~~ "qualified individual" to run the country.

One of the agreement set forth for use of my intellectual property is to use in "good faith" or "good cause". Erasing email is not in "good faith" or "good clause" and thereby leaves me no choice to take action such as these Court proceeding. Both you Mrs. Clinton and the U.S. Government and the general have been compensated to a great degree because of use of my work. However, your intention are not cleared and most disturbing. I don't know who has had access to my work, how many individual know of my work and their intention of use.

The action of the U.S. government and U.S. agent in the last several years only leave doubt of any "good clause."

More dangerously is your ambition to be elected U.S. President. As you may know or do not know, I never wrote any of my most important, critical aspect of my work which deals with the Manufacturing Sector. The very same topic you mentioned in the first U.S. Presidential debate. As a U.S. President not only are you empowered with the full power of the U.S. government and its resources but mainly with full immunity. I wonder if you only seek the U.S. Presidency for the purpose of immunity from prosecution from 30 years as a politician. I wonder if you seek the U.S. Presidency to place me in jail or torture me for my work regarding the manufacturing industry. I'm sure we will find out — now! I can assure you that you are going to need more than the power of a U.S. President to get me to disclose any more of my work, especially that of the manufacturing sector. Your U.S. Secret Service agents already took and have been taken negative action and behavior against me. First, by placing me in a tik list of U.S. National Security threat, threaten to place me in jail when I visited the U.S.S.S.-Honolulu office, by using my immediate family member to against me, allowing me to be placed illegal in prison. I was not surprised when I returned to New York City a federal agent advise me that I needed to file a lawsuit because of

what was going on in the agencies.

My resignation from the New York City Fire department was not only for my safetly, but also for the beginning of my work in the manufacturing Industry. The extent of this work considering the wealth incurred and magnitude would not be looked upon in "good standing" if I remained as a government employee. Socialism, Communism, and even facist might be considered of my person.

John Bohner, U.S. Secret Service agent Cole, and Pete T King are just a few who will be subponea in this case. U.S.S.S cole was the first contact made to the FDNY regarding the transfer of security detail due to the nature of my work - Manufacturing. One of the question he asked me if "This work effected the Military." I said "it does."

Some facts of Manufacturing - mass production:

1) Henry ford was an American Industrialist, the founder of the Ford Motor Company, and the sponsor of the development of the assembly line technique of mass production.

2) Mass production is the name given to the method of producing goods in large quanties at low cost per unit.

3) Current manufacturing capability have reach their maxmum capacity. For example, the 1,500 orders placed for the 2010 Ford F-150 SVT Roptor maxing out capacity at the Dearborn plant.

4) Should this trend continue on the overall industry, economy with products made in the U.S.A. This will result in a increase of outsourcing in order to stay competive in a respective market and sustain affordable price to consumer. Furthermore, to make a profit with the use of lower work conditions and labor-operation cost.

5) Henry Ford assembly line is outdated and widely use in all industry.

6) Mass production improved productivity which is a main contributing factor of increased wealth businesses, and the general population. Hence, a country GDP - gross domestic product! Furthermore, the ability for a country to have the capacity to be self-sufficient in other word a lower Trade deficit.

In order to solve this problem, I used the most commonly technique known as the scientific scientific method:
1) Ask a question
2) Do Background Research
3) Construct a Hypothesis
4) Test Your Hypothesis by doing an experiment
5) Analyze your data and draw a conclusion
6) Communicate your results.

Lastly, current U.S. law are being used to stripp away rights of the U.S. Citizen. The use of fear is being used to deprive U.S. Citizen of their rights. Given agents or politibian more power just means that there are not quailfied for the position they hold.

As a relief for this complaint, I need to be compensated from Hillary Diane Rodham Clinton sixty million U.S. dollars for breaking the "good Faith" work agreement. Good Faith agreement was established via a email communication which will need to be subpoena.

The U.S. ~~goverhia~~ government will pay an increase of 8 trillion U.S. Dollars in addition to the 2.5 Trillion owed. This increase adheres to the Enforcement clause number 18 on the work agreement and ~~nith~~ number 5 - Patent owner cannot place patent user out of business.

*[signature]* — All Rights Reserved
Xavier Flores — All Rights Reserved